# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**MISSISSIPPI POLYMERS, INC.,**                                                      **PLAINTIFF**

**vs.**                         **1:07CV160-M-D**

**VELSICOL CHEMICAL CORPORATION,**                             **DEFENDANT**

## AGREED PROTECTIVE ORDER

In this cause of action, Plaintiff has propounded Interrogatories and Request for Production of Documents to Defendant. Defendant has objected to numerous of the discovery requests, claiming that the information sought is proprietary.

It is hereby ordered that Defendant shall produce to Plaintiff information sought by Plaintiff in Interrogatories and Request for Production of Documents to which Defendant objected, contending that the information was proprietary. Such information produced by Defendant shall be pursuant to the terms and provisions of this Protective Order.

Plaintiff is hereby directed to utilize any and all material claimed as proprietary by Defendant only for legitimate purposes in connection with this legal proceeding. Plaintiff shall take steps to safeguard the material from distribution or public publication. At the conclusion of this litigation, Plaintiff shall return to Defendant all such proprietary information produced by Defendant, and all copies of such proprietary information, and shall not retain originals or copies of any such proprietary information. Without limiting the generality of the foregoing, Plaintiff shall be entitled to utilize such information claimed as proprietary by Defendant in connection with examination of witnesses, at deposition or at trial, shall be entitled to share the said information with Plaintiff's witnesses, including Plaintiff's expert witnesses with the proviso that any such witnesses

551548

1

with whom the information is shared shall be advised of this Protective Order. Plaintiff shall be entitled to utilize such information as exhibits in depositions or at trial, or for legitimate demonstrative purposes at depositions or at trial. Any and all information claimed as proprietary by Defendant, and for which Defendant claims the protection of this Protective Order, shall be clearly identified as such by Defendant.

SO ORDERED AND ADJUDGED on this 20th day of May, 2008.

**/s/ MICHAEL P. MILLS**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

APPROVED:

MITCHELL, McNUTT & SAMS, P.A.

BY: __/s/Wendell H. Trapp, Jr._____
  Attorneys for Plaintiff

HEATON & MOORE, P.C.

BY: __/s/Robert L. Moore_____
  Attorneys for Defendant